AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL HENDRIX,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV622-001

GATES PEED, BARCLAY BLACK, and RENATA NEWBILL JALLOW,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 19, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's Complaint is dismissed, and this case stands closed.



May 19, 2022  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020